## FITZHUGH v. STATE.

(Court of Criminal Appeals of Texas. Nov. 12, 1913.)

CRIMINAL LAW (§ 1114*) — APPEAL — QUESTIONS PRESENTED FOR REVIEW—LIMITATION BY SCOPE OF RECORD.

Where the only ground assigned in the motion for a new trial of a criminal case is that the verdict is contrary to the law and the evidence, and there is neither a statement of facts nor bills of exception in the record, no question is presented for review.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2918, 2921; Dec. Dig. § 1114.*]

Appeal from Dallas County Court, at Law; W. F. Whitehurst, Judge.

Ed. E. Fitzhugh, Jr., was convicted of swindling in an amount less than $50, and he appeals. Affirmed.

C. E. Lane, Asst. Atty. Gen., for the State.

HARPER, J. Appellant was convicted of swindling, in an amount less than $50, a misdemeanor.

There is neither a statement of facts nor bills of exception in the record. The only

---

ground assigned in the motion for a new trial is, "because the verdict is contrary to the law and the evidence." In the absence of a statement of facts there is nothing presented for review.

The judgment is affirmed.